UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON LAMONT STRIBLING,<br><br>Plaintiff,<br><br>v.<br><br>DEANNA C. FAWCETT, et al.,<br><br>Defendants. | No. 2:18-cv-1925-MCE-CKD<br><br><br><br>ORDER |

On January 22, 2019, Plaintiff filed a Motion for Reconsideration (ECF No. 14), seeking reconsideration of the Magistrate Judge's January 4, 2019 order (ECF No. 11) dismissing Plaintiff's Complaint with leave to amend. Pursuant to E.D. Local Rule 303(f), a Magistrate Judge's order shall be upheld unless it is "clearly erroneous or contrary to law." Id. Upon review of the entire file, the Court finds the Magistrate Judge's ruling was not clearly erroneous or contrary to law. Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the Magistrate Judge filed January 4, 2019, is AFFIRMED.

IT IS SO ORDERED.

Dated: April 8, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE